**UNITED STATES DISTRICT COURT**
**DISTRICT OF MINNESOTA**

_____

| | |
|---|---|
| Margaret Hockenberger, | Civil No. 09-801 (RHK/SRN) |
| Plaintiff, | **ORDER FOR DISMISSAL** |
| vs. | |
| ER Solutions, Inc., Peter Marrocelli, | |
| Defendants. | |

_____

Based upon the Notice of Voluntary Dismissal with Prejudice (Doc. No. 2) filed by Plaintiff, **IT IS ORDERED** that this action is **DISMISSED WITH PREJUDICE** on the merits and without costs or disbursements to any party.

**LET JUDGMENT BE ENTERED ACCORDINGLY**.

Dated:  May 21, 2009

s/Richard H. Kyle
RICHARD H. KYLE
United States District Judge